IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | | |
|---|---|---|
| JOSHUA RYAN SMITH, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | CIVIL ACTION NO. |
| v. | ) | 2:18cv796-MHT |
| | ) | (WO) |
| CRENSHAW COUNTY DETENTION | ) | |
| FACILITY and NICHOLAS | ) | |
| BLUE, | ) | |
| | ) | |
| Defendants. | ) | |

OPINION

Pursuant to 42 U.S.C. § 1983, plaintiff Joshua Ryan Smith, a state prisoner, filed this lawsuit asserting that, while he was an inmate at defendant Crenshaw County Detention Facility, defendant correctional officer shot him with a taser gun and sexually harassed him. This lawsuit is now before the court on the recommendation of the United States Magistrate Judge that the Crenshaw County Detention Facility be dismissed because it is not an entity subject to suit under § 1983. There are no objections to the recommendation. After an independent and de novo

review of the record, the court concludes that the magistrate judge's recommendation should be adopted.

An appropriate judgment will be entered.

DONE, this the 11th day of October, 2018.

                                        /s/ Myron H. Thompson
                                    **UNITED STATES DISTRICT JUDGE**