IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

```
JOSHUA RYAN SMITH,            )
                              )
     Plaintiff,               )
                              )          CIVIL ACTION NO.
     v.                       )            2:18cv796-MHT
                              )                (WO)
CRENSHAW COUNTY DETENTION     )
FACILITY and NICHOLAS         )
BLUE,                         )
                              )
     Defendants.              )
```

## JUDGMENT

In accordance with the memorandum opinion entered today, it is the ORDER, JUDGMENT, and DECREE of the court as follows:

(1) The United States Magistrate Judge's recommendation (doc. no. 5) is adopted.

(2) Plaintiff Joshua Ryan Smith's claims against defendant Crenshaw County Detention Facility are dismissed with prejudice, and said defendant is terminated as a party. Plaintiff Smith's claims against the other defendant remain pending.

**The clerk of the court is DIRECTED to enter this document on the civil docket as a final judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure.**

**This case is not closed, and is referred back to the United States Magistrate Judge for further proceedings.**

**DONE, this the 11th day of October, 2018.**

                                       /s/ Myron H. Thompson
                                 **UNITED STATES DISTRICT JUDGE**